**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Salvador AVINA–BILLA, Defendant— Appellant.**

**No. 09–50118.**

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted Dec. 15, 2009.*

Filed Jan. 4, 2010.

Charlotte E. Kaiser, Bruce R. Castetter, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gary Paul Burcham, Burcham & Zugman, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Salvador Avina–Billa appeals from the 71–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Avina–Billa contends that his sentence is unreasonable in light of the fact that the district court failed to consider certain defendant-specific facts. He also contends that his sentence is substantively unreasonable. The record reflects that the district court did not base the sentence on clearly erroneous facts, considered the 18 U.S.C. § 3553(a) factors, and imposed a sentence that is substantively reasonable in light of the totality of the circumstances

and the § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 53–60, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *cf. United States v. Amezcua–Vasquez,* 567 F.3d 1050, 1054–58 (9th Cir.2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

